# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0866
_____

KATHERINE HIETT VIKER,

   Appellant,

   v.

ARTHUR COLLIN CHERRY,

   Appellee.

_____

On appeal from the Circuit Court for Leon County.
Stewart E. Parsons, Senior Judge.

July 15, 2019

PER CURIAM.

Appellant challenges the trial court's orders pertaining to a modification of the parties' parenting plan, modification of the parties' child support arrangement, and appellant's motion for attorney's fees.

We dismiss as to the issues pertaining to the parenting plan and the child support arrangement for lack of jurisdiction because appellant failed to timely appeal those orders. *Shaffer v. Shaffer*, 84 So. 3d 1075 (Fla. 1st DCA 2012); *Mendoza v. Mendoza*, 842 So. 2d 1020 (Fla. 5th DCA 2003).

The sole remaining issue appellant raises is the trial court's denial of her motion for attorney's fees. We find no error with the trial court's order denying her motion and affirm accordingly.

AFFIRMED in part and DISMISSED in part.

WOLF, ROWE, and BILBREY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Emilian "Ian" Bucataru, Tallahassee, for Appellant.

A. Collin Cherry of Law Office of Collin Cherry, P.L., Tallahassee, for Appellee.